# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CAROL SCHULTE** | * | |
| **Plaintiff** | * | |
| v. | * | CIVIL NO. JKB-14-0419 |
| **PAUL PETRY,** *et al.* | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

Now pending before the Court are Motions to Dismiss filed by the Defendants (ECF No.s 7, 10, 11). Plaintiff has requested and been granted three deadline extensions but nonetheless has failed to file responses within the allotted time (ECF No.s 18, 20, 22).

The Court has carefully reviewed the Motions to Dismiss together with their accompanying Memoranda (ECF No.s 7-1, 10-1, 11-1) as well as the other docketed papers in this case.

For the reasons set out in the Defendants' Memoranda, the three Motions to Dismiss (ECF No.s 7, 10, 11) will be granted by accompanying Order.

DATED this 30 day of September, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge